```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

```
WILLIAM SELTZER, JR.,             :
                                  :
     Petitioner.                  :
                                  :
vs.                               :   CIVIL ACTION 13-0086-KD-M
                                  :
NOAH OLIVER,                      :
                                  :
     Respondent.                  :
```

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge dated August 12, 2013 and made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this habeas petition be DENIED and that this action be DISMISSED. It is further ORDERED that any certificate of appealability filed by Petitioner be DENIED as he is not entitled to appeal *in forma pauperis*.

DONE this September 12, 2013.

```
                         s/ Kristi K. DuBose
                         KRISTI K. DuBOSE
                         UNITED STATES DISTRICT JUDGE
```